IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TORREY VALONE WOOLFOLK**  **PLAINTIFF**
**ADC #657352**

v.   Case No. **4:22-CV-01268-LPR**

**JAMES TYLER HOLIMAN, Parole**
**Officer, Lonoke Parole and Probation, et al.**   **DEFENDANTS**

## JUDGMENT

 Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.[1]

 IT IS SO ADJUDGED this 2nd day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).